O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE STEPHEN RODABAUGH,<br><br>Petitioner,<br><br>vs.<br><br>DR. JEFFREY BEARD & MARION SPEARMAN,<br><br>Respondents. | CASE NO. CV 14-06266 MMM (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of DALE STEPHEN RODABAUGH, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: September 4, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE