# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE STEPHEN RODABAUGH,<br><br>        Petitioner,<br><br>    v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>        Respondent. | Case No. CV 14-6266-DSF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Respondent's renewed motion to dismiss is denied and he is ordered to file and serve an answer to the Petition within 45 days of the date of this order.

DATED: 9/20/17

DALE S. FISCHER
U.S. DISTRICT JUDGE