# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE STEPHEN RODABAUGH,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>Respondent. | Case No. CV 14-6266-DSF (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 6/25/18

DALE S. FISCHER
U.S. DISTRICT JUDGE